# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CAIYONG WANG,

          Petitioner,

    v.

KRISTI NOEM, ETC., ET AL.,

         Respondents.

Case No. 5:26-cv-00453-JWH-E

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made.  Good cause appearing, the Court hereby **ORDERS** as follows:

1.     The Magistrate Judge's Report and Recommendation is **ACCEPTED** and **ADOPTED**.

2.     Judgment shall be entered **GRANTING** the Petition **in part**, and Respondents are **DIRECTED** to release Petitioner Caiyong Wang from custody forthwith, subject to the conditions of his prior supervision.

3.     The Clerk is **DIRECTED** forthwith to serve a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Wang, on counsel for Wang, and on counsel for Respondents.

**IT IS SO ORDERED.**

Dated: _____April 23_____, 2026.

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

2