JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAIYONG WANG,<br><br>       Petitioner,<br><br>  v.<br><br>KRISTI NOEM, ETC., ET AL.,<br><br>       Respondents. | Case No. 5:26-cv-00453-JWH-E<br><br>**JUDGMENT** |

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      The Petition is **GRANTED in part**.

2.      Respondents are **DIRECTED** to release Petitioner Caiyong Wang from custody forthwith, subject to the conditions of his prior supervision.

**IT IS SO ORDERED.**

Dated: _____ April 23 _____, 2026.

John W. Holcomb
UNITED STATES DISTRICT JUDGE

2